**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7217**

———————

JOHN RICKIE CRITE,

Plaintiff - Appellant,

versus

STEVE COLE; MIKE EASLEY; WALTER BUNCH; JULIUS
A. ROUSSEAU, JR.; R. J. MCCURRY; JANICE H.
FAULKNER; NORTH CAROLINA DEPARTMENT OF REVE-
NUE; WINSTON-SALEM POLICE DEPARTMENT; GUILFORD
COUNTY SHERIFF'S DEPARTMENT; GUILFORD COUNTY;
NORTH CAROLINA DEPARTMENT OF JUSTICE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. William L. Osteen, Sr.,
District Judge. (CA-96-821-2)

———————

Submitted: November 5, 1998        Decided: November 23, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Rickie Crite, Appellant Pro Se. Debra C. Graves, Christopher
Edward Allen, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA,
Raleigh, North Carolina; Susan D. Moore, COUNTY ATTORNEY'S OFFICE,
Greensboro, North Carolina, for Appellees.

———————

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Rickie Crite appeals the district court's order denying relief on his complaint filed under 42 U.S.C. §§ 1983, 1985 & 1986 (1994). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Crite v. Cole</u>, No. CA-96-821-2 (M.D.N.C. July 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2